UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-mj-04228 Goodman
_____

United States of America

v.

LAZARO ALBERTO VALLADARES,

Defendnat.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     __ Yes   X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     __ Yes   X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     __ Yes   X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
Thomas A. Watts-FitzGerald
Assistant United States Attorney
Southern District of Florida
Florida Bar No. 0273538
99 Northeast 4th Street, 4th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9413
E-mail: Thomas.watts-fitzgerald@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 20-mj-04228 Goodman |
| LAZARO ALBERTO VALLADARES | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 19, 2020__ in the county of __Monroe__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 113(a)(5) | Assault |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ranger Ricardo Rivero
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: 12/21/2020

_____
*Judge's signature*

City and state: Miami, Florida       MAGISTRATE JUDGE JONATHAN GOODMAN
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ricardo Rivero, being duly sworn, state the following.

1. I make this affidavit in support of an application for a criminal complaint for LAZARO ALBERTO VALLADARES in support of charges under 18 U.S.C. 113(a)(5) [Assault].

2. I am a Ranger with National Park Service currently assigned to duties in Everglades National Park. Prior to this assignment I was a National Park Service employee in various capacities for approximately 10 years. Prior to assuming my current duties I received specialized training as a Park Service Law Enforcement Officer at the Federal Training Center in Glencoe, Georgia.

3. The facts of the affidavit are based upon my personal knowledge, as well as knowledge, information, and documentation that I obtained from other law enforcement officers as well as the victim while in my official capacity. I am submitting this affidavit for the limited purpose of establishing probable case for a Criminal Complaint against LAZARO ALBERTO VALLADARES, a United States Citizen. This affidavit does not include every fact that I know about the investigation.

### Probable Cause

4. On December 19, 2020 at approximately 1:37 pm, Everglades National Park Rangers were dispatched to a report of a domestic assault in the area of Mitchell's Landing Campground within the legislative boundaries of Big Cypress National Preserve in the Southern District of Florida. Upon arrival, NPS Officers located the assault victim and obtained a witness statement from her. She provided a detailed description of the perpetrator, who fled the area prior to the arrival of the NPS Officers.

5. The victim identified her attacker, with whom she had an existing relationship, as LAZARO ALBERTO VALLADARES. She advised that they had been together earlier and had a disagreement that led to her walking away. Shortly thereafter, VALLADARES followed her and began to strike her repeatedly, including in the face. During the interview of the victim, bruises were observed on the victim's face consistent with the statements she provided. Emergency medical services were summoned to the scene and the victim taken for further medical evaluation.

6. VALLADARES, who had departed the area by motor vehicle, was apprehended on US-41 near mile marker 25.5 in Miami-Dade County by Miccosukee Police Department Officers. NPS Officer's arrived at MM 25.5 at 1:44 pm. VALLADARES was taken into

custody and charged with assault in the special maritime and territorial jurisdiction of the United States under 18 USC 113(a)(5).

7. VALLADARES waived his Miranda rights in writing after having been provided them. During transport, VALLADARES freely stated to NPS officer's that he "pushed [the victim] very hard," "she was being difficult," and that "she fell pretty hard to the floor."

## Conclusion

Based upon my training and experience, the statement of the victim, and admissions by VALLADARES, your affiant believes that LAZARO ALBERTO VALLADARES did knowingly engage in prohibited conduct, that is, an assault within Big Cypress National Preserve, in violation of 18 USC 113(a)(5).

FURTHER AFFIANT SAYETH NAUGHT

_____
Ricardo Rivero
Ranger, National Park Service
U.S. Department of the Interior

Attested to by the Applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on this  21st  day of December, 2020.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE